IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK J. CHAREST, #182202,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-214-TFM-N |
| | ) |
| **GOVERNOR KAY IVEY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On February 17, 2021, the Magistrate Judge entered a report and recommendation which recommends "Plaintiff's Emergency Request for Access to Courts – Absent Retaliations" (Doc. 15, filed xx) be construed as a motion for a preliminary injunction and a motion to reconsider as well as denial of both requests. *See* Doc. 29. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Accordingly, it is **ORDERED** that Plaintiff's Emergency Request for Access to Courts – Absent Retaliations (Doc. 15) is **DENIED**.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 12th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE