## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK J. CHAREST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:20-cv-214-TFM-N** |
| | ) | |
| **GOVERNOR KAY IVEY and WARDEN** | ) | |
| **MARY COOK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MEMORANDUM OPINION AND ORDER

On February 7, 2022, the Magistrate Judge entered a Report and Recommendation which recommends Defendants' Motion for Summary Judgment be granted on all counts and this case be dismissed with prejudice. *See* Doc. 38. No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. 25 as converted by Doc. 35) is **GRANTED** in favor of Defendants Ivey and Cooks and Plaintiff's action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 16th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE