# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK J. CHAREST,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-214-TFM-N |
| | ) |
| **GOVERNOR KAY IVEY and WARDEN MARY COOK,** | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the Defendants Kay Ivey and Mary Cooks and against Plaintiff Patrick J. Charest.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 16th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE